**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DANIELLE ANN POWERS** | **CASE NO. 6:19-CV-0504** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BEACON C M P CORP ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Remand and Abstention (Rec. Doc. 6) be **GRANTED**, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 16th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE